IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| First American Title Insurance Company, | ) ) ) | C/A No.: 3:12-cv-800-JFA |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER TO PRODUCE DOCUMENTS FOR |
| Columbia Harbison, LLC, | ) ) | IN CAMERA REVIEW |
| Defendant. | ) ) ) | |
| Columbia Harbison, LLC, | ) ) | |
| Counter Claimant, | ) ) | |
| vs. | ) ) | |
| First American Title Insurance Company, | ) ) ) | |
| Counter Defendant. | ) ) | |

  This matter comes before the court on a Motion to Compel filed by the Defendant, Columbia Harbison, LLC. (ECF No. 22). The Defendant seeks the production of numerous documents that have been withheld during discovery by the Plaintiff, First American Title Insurance Company ("First American"). According to Plaintiff, these documents are protected under the attorney client privilege and the work product doctrine. This court believes that reviewing some of the withheld documents would be helpful in its determination of whether to compel production. As such, this court hereby orders the Plaintiff to produce the communications between employees of First American

1

for *in camera* review.  First American should not produce the withheld documents representing correspondence between its employees and the Law Firm of Callison Tighe. Plaintiff is to deliver the documents to the court by July 20, 2012.

    IT IS SO ORDERED.

July 13, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge