IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| First American Title Insurance Company, | C/A No.: 3:12-cv-800-JFA |
| Plaintiff, | |
| vs. | ORDER REGARDING DOCUMENTS PRODUCED FOR IN CAMERA REVIEW |
| Columbia Harbison, LLC, | |
| Defendant. | |
| Columbia Harbison, LLC, | |
| Counter Claimant, | |
| vs. | |
| First American Title Insurance Company, | |
| Counter Defendant. | |

This matter comes before the court on a Motion to Compel filed by the Defendant, Columbia Harbison, LLC. (ECF No. 22). As discussed with counsel during the conference call on July 26, 2012, this court denies Defendant's motion without prejudice.

For purposes of appeal, the court directs the Clerk to file the documents submitted for *in camera* review under seal.

IT IS SO ORDERED.

July 26, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge