**Charles E. Hedgepath**
**Attorney at Law**
**3441 Northshore Road**
**Columbia, SC  29206**
PHONE (803) 528-1950

**August 28, 2012**

Kevin K. Bell, Esquire
Robinson, McFadden, and Moore, P.C.
PO Box 944
Columbia, SC  29202

In Account with Charles E. Hedgepath for Services Rendered as Expert Witness in the matter of First American vs. Columbia Harbison

August 25th
    Review of Susan Stewart's Deposition in preparation of being deposed

                                              2 hours

August 26th
    Continued review of Susan Stewart's Deposition in preparation of being deposed

                                              1.5 hours

August 27th
    Meeting with Kevin Bell to discuss my upcoming deposition

                                              2.5 hours

August 28th
    My deposition by Mr. Jim Koutrakos

                                              4.5 hours

Total hours:  10.5

Amount Due:  $3,675.00